

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-01036-CV

**Saefaldin Rahmati and Abdul Saeed Assadi Rahmati**

**v.**

**AJBJK, L.L.P.**

NO. 11-DCV-194122 IN THE 240TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 05/09/2016 | E-PAID | APE |
| MT FEE | $10.00 | 03/22/2016 | E-PAID | ANT |
| MT FEE | $10.00 | 02/24/2016 | E-PAID | ANT |
| RPT RECORD | $3,500.00 | 01/26/2016 | PAID | ANT |
| CLK RECORD | $529.00 | 01/19/2016 | PAID | ANT |
| FILING | $175.00 | 12/15/2015 | PAID | ANT |
| STATEWIDE EFILING | $30.00 | 12/15/2015 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $4,264.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this 25th day of May, 2018.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**